IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>ACIS CAPITAL MANAGEMENT LP, *et al.*,<br><br>   Debtors,<br><br>ACIS CAPITAL MANAGEMENT LP, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>JAMES DONDERO, *et al.*,<br><br>   Defendants. | Bank. Case No.: 18−30264−sgj11<br>Adv. No.: 20−03060−sgj<br><br><br><br><br><br><br>Civil Action No.  3:24-CV-02036-N |

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS

Before the Court is the Report and Recommendation to the District Court on the Motion to Withdraw the Reference [2].  The Court hereby adopts the recommendation of the United States Bankruptcy Judge Stacey G. C. Jernigan as follows: upon certification by the Bankruptcy Court that the parties are ready for trial, the Court will withdraw the reference.  The Court refers all pretrial matters to the Bankruptcy Court.

Also, before the Court is the Report and Recommendation of Judge Jernigan [3] regarding Defendant Dondero's Motion to Dismiss.  The District Court hereby adopts the report and recommendation of Judge Jernigan and dismisses Counts 3 and 5 of the Live Complaint under Rule 12(b)(6) for failure to state a claim upon which relief can be granted, on the basis that such claims and causes of action are barred under principles of res judicata

ORDER – SOLO PAGE

(or claim preclusion) by virtue of the Dismissals with Prejudice entered in the prior Acis action.

Signed October 21, 2024.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE