# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 07, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-10797     Acis Capital Management v. Dondero
USDC No. 3:24-CV-2036

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Ms. Emily Merritt Adler
Mr. Shawn M. Bates
Mr. Michael Justin Lang I
Ms. Karen S. Mitchell
Ms. Kelsi Stayart White

No. 25-10797

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Acis Capital Management LP., et al.,

*Plaintiffs-Appellants*

v.

James Dondero,

*Defendant-Appellee*

On Appeal from the United States District Court
for the Northern District of Texas
No. 3:24-CV-2036

### JOINT MOTION TO SUPPLEMENT THE ELECTRONIC RECORD ON APPEAL

Plaintiff-Appellants Acis Capital Management GP LLC and Acis Capital Management, L.P. ("Acis") and Defendant-Appellee James Dondero submit this Motion to Supplement the Electronic Record on Appeal pursuant to Federal Rule of Appellate Procedure 10(e)(2). In support of this motion, Plaintiff- Appellants and Defendant-Appellee respectfully offer the following:

Acis seeks review of District Court case No. 3:24-CV-2036. However, this matter arises from an adversarial proceeding in the Bankruptcy Court for the Northern District of Texas. The Electronic Record on Appeal does not contain any materials filed by Acis or Dondero in the underlying Bankruptcy Court proceeding No. 3:20-ap-3060. Parties anticipate discussing and citing portions of underlying bankruptcy proceeding, particularly parts of the parties' motion to dismiss summary judgment briefing and hearing transcripts.

Thus, the parties respectfully request supplementation with the underlying bankruptcy record to ensure accuracy and precise citations.

Accordingly, parties ask that this Court obtain from the bankruptcy court the following documents to supplement the Record on Appeal. Parties have provided the ECF number, description, and filing date of the pertinent portions of the record in the below chart.

| ECF No. 1 | Acis's Original Complaint | Filed on 04/11/2020 |
| ECF No. 19 | Defendant's Original Answer to Original Complaint | Filed on 06/22/2020 |
| ECF No. 61 | Highland Capital Management, L.P.'s Joinder to Acis' Withdrawal of its Motion to Amend Order and Request for Attorneys' Fees | Filed on 12/12/2021 |
| ECF No. 61.1 | Ex. 1 to Highland Capital Management, L.P.'s Joinder | Filed on 12/12/2021 |

| | to Acis' Withdrawal of its Motion to Amend Order and Request for Attorneys' Fees | |
|---|---|---|
| ECF No. 61.2 | Ex. 2 to Highland Capital Management, L.P.'s Joinder to Acis' Withdrawal of its Motion to Amend Order and Request for Attorneys' Fees | Filed on 12/12/2021 |
| ECF No. 109 | Acis's Unopposed Motion to Amend Complaint | Filed on 01/17/2024 |
| ECF No. 111 | Acis's First Amended Complaint | Filed on 02/02/2024 |
| ECF No. 115 | Motion to dismiss adversary proceeding pursuant to Rule 12(b)(6) filed by Defendant James Dondero. | Filed on 02/16/2024 |
| ECF No. 116 | Brief in support filed by Defendant James Dondero. | Filed on 02/16/2024 |
| ECF No. 122 | Response opposed to (related document(s): 115 Motion to dismiss adversary proceeding pursuant to Rule 12(b)(6) filed by Defendant James Dondero) filed by Plaintiffs Acis Capital Management GP, LLC, Acis Capital Management, L.P | Filed on 03/27/2024 |
| ECF No. 124 | Supporting Reply to (related document(s): 122 Response filed by Plaintiff Acis Capital Management GP, LLC, Plaintiff Acis Capital Management, L.P.) filed by Defendant James Dondero. | Filed on 04/10/2024 |
| ECF No. 128 | Transcript regarding Hearing Held 06/12/24 RE: Defendant's motion to dismiss. | Filed on 06/17/2024 |

| ECF No. 129 | Brief in opposition filed by Plaintiffs Acis Capital Management GP, LLC, Acis Capital Management, L.P. | Filed on 07/01/2024 |
|---|---|---|
| ECF No. 132 | Response opposed to (related document(s): 129 Brief filed by Plaintiff Acis Capital Management GP, LLC, Plaintiff Acis Capital Management, L.P.) filed by Defendant James Dondero. | Filed on 07/12/2024 |
| ECF No. 210 | Motion for summary judgment on the Pleadings Pursuant to Rule 12C & Supplemental Motion for Judgment Under Rule 56 filed by Defendant James Dondero | Filed on 11/18/2024 |
| ECF No. 211 | Brief in support filed by Defendant James Dondero. | Filed on 11/18/2024 |
| ECF No. 212 | Appendix ISO Motion for Judgment Pursuant to Rule 12C and Supplemental Motion for Judgment Under Rule 56 filed by Defendant James Dondero. | Filed on 11/18/2024 |
| ECF No. 213 | Response opposed to (related document(s): 200 Objection filed by Plaintiff Acis Capital Management GP, LLC, Plaintiff Acis Capital Management, L.P., | Filed on 11/19/2024 |
| ECF No. 222 | Response opposed to (related document(s): 210 Motion for summary judgment on the Pleadings Pursuant to Rule 12C & Supplemental Motion for Judgment Under Rule 56 | Filed on 12/09/2024 |

|  | filed by Defendant James Dondero) filed by Plaintiffs Acis Capital Management GP, LLC, Acis Capital Management, L.P.. (Attachments: # 1 Appendix) |  |
|---|---|---|
| ECF No. 223 | Brief in opposition filed by Plaintiffs Acis Capital Management GP, LLC, Acis Capital Management, L.P. | Filed on 12/09/2024 |
| ECF. No. 237 | Transcript regarding Hearing Held 1/15/25 RE: Defendant Dondero's motions for summary judgment. Defendant James Dondero) | Filed on 11/22/2025 |

Additionally, the Parties' briefing and pleadings filed in the adversary proceeding references certain other pleadings filed in other bankruptcy proceedings involving or affecting Acis. Because the Parties referenced those pleadings, below, in the adversary proceeding, using their docket and cause numbers, rather than actually inserting them into appendices, the Parties request those documents now be included in this Court's appellate record so that the Parties can reference them in this Court as well.

Those documents include following documents from Acis's underlying bankruptcy proceeding, Case No. 18-30264:

| ECF No. 118 | Findings of Fact and Conclusions of Law in support | Filed on 04/13/2018 |
|---|---|---|

5

| | of Orders for Relief issued after trial on contested involuntary bankruptcy petition | |
|---|---|---|
| ECF No. 660 | Third Amended Joint Plan for Acis Capital Management, L.P. and Acis Capital Management GP, LLC | Filed on 10/25/2018 |
| ECF No. 829 | Findings of Fact, Conclusions of Law, and Order Granting Final Approval of Disclosures Statement and Confirming the Third Amended Joint Plan for Acis Capital Management, L.P. and Acis Capital Management, GP, LLC as Modified | Filed on 01/31/2019 |

The following documents from Acis adversary proceeding styled *Acis Capital Management, L.P., and Acis Capital Management GP, LLC v. Highland Capital Management, L.P., et al.*, Adversary No. 18-3078:

| ECF No. 84 | Amended Answer to complaint filed by Chapter 11 Trustee, Robin Phelan | Filed on 11/13/2018 |
|---|---|---|
| ECF No. 115 | Declaration filed by Robin Phelan | Filed on 02/05/2019 |
| ECF No. 157 | Plaintiffs' Amended Complaint | Filed on 06/20/2019 |
| ECF No. 216 | Order Granting Motion to Dismiss Party with Prejudice | Filed on 11/06/2020 |
| ECF No. 223 | Motion to Dismiss Adversary Proceeding | Filed on 05/03/2021 |

| ECF No. 224 | Stipulation and Agreed Order Granting Motion to Dismiss Adversary Proceeding with Prejudice | Filed on 05/08/2021 |

The following documents from Acis's adversary proceeding styled *Acis Capital Management, L.P., and Acis Capital Management GP, LLC v. David Simek*, Adversary No. 18-3059:

| ECF No. 53 | Plaintiffs' Reply in Support of Opposed Motion for Leave to Amend Complaint | File on 10/21/2024 |

Finally, the Parties request this Court obtain from the district court the following document to supplement the Record on Appeal, which was filed in the cause from which Acis now appeals to this Court, but appears to have simply been omitted from the record:

| ECF No. 4 | Order Adopting Reports & Recommendations | Filed on 10/21/2024 |

## Conclusion

For the foregoing reasons, Parties ask that the Court supplement the Electronic Record on Appeal with the foregoing documents outlined above by counsel from the underlying Bankruptcy proceeding.

|  |  |
|---|---|
| | Respectfully submitted, |
| **Crawford, Wishnew & Lang PLLC** | **Ahmad Zavitsanos & Mensing PLLC** |
| By: */s/ Michael J. Lang*<br>Michael J. Lang<br>Texas State Bar No. 24036944<br>mlang@cwl.law<br>Alexandra Ohlinger<br>Texas State Bar No. 24091423<br>aohlinger@cwl.law<br>Haleigh Jones<br>Texas State Bar No. 24097899<br>hjones@cwl.law | */s/ Emily Merritt Adler*<br>Emily Merritt Adler<br>Texas Bar No. 24121009<br>Federal ID No. 3710388<br>Kelsi Stayart White<br>Texas Bar No. 24098466<br>Federal ID No. 9225914 |
| 1700 Pacific Ave, Suite 2390<br>Dallas, Texas 75201<br>Telephone: (214) 817-4500<br>Facsimile: (214) 602-6551 | 1221 McKinney Street, Suite 2500<br>Houston, Texas 77010<br>Tel.: (713) 655-1101<br>Fax: (713) 655-0062<br>eadler@azalaw.com<br>kwhite@azalaw.com |
| *Counsel for Appellee James Dondero* | *Counsel for Appellants Acis Capital Management LLP and Acis Capital Management GP* |

Case 25-10797 Document 32 Page 9 Date Filed: 11/04/2025

## Certificate of Service

On November 4, 2025, I certify that I served a true and correct copy of this Statement on all counsel of record pursuant to CM/ECF filing in compliance with the FEDERAL RULES OF APPELLATE PROCEDURE.

*/s/ Emily Merritt Adler*
Emily Merritt Adler